**RULE 409. ADJUDICATION OF DELINQUENCY**

A. **Adjudicating the [j]Juvenile [d]Delinquent.** Once the court has ruled on the offenses as provided in Rule 408, the court shall conduct a hearing to determine if the juvenile is in need of treatment, supervision, or rehabilitation.

   1) **Not in [n]Need.** If the court determines that the juvenile is not in need of treatment, supervision, or rehabilitation, the court shall enter an order providing that:

      a) **[jurisdiction shall be terminated] the petition shall be dismissed** and the juvenile shall be released, if detained, unless there are other reasons for the juvenile's detention; and

      b) any records, fingerprints, and photographs taken shall be expunged or destroyed.

   2) **In [n]Need.**

      a) If the court determines that the juvenile is in need of treatment, supervision, or rehabilitation, the court shall enter an order adjudicating the juvenile delinquent and proceed in determining a proper disposition under Rule 512.

      b) The court also shall order the law enforcement agency that submitted the written allegation:

         i) to take, or cause to be taken, the fingerprints and photographs of the juvenile if not previously taken pursuant to this case, and

         ii) to ensure that these records, including the case reference number, are forwarded to the central repository maintained by the Pennsylvania State Police.

B. **Timing.**

   1) If the juvenile is in detention, the court shall make its finding within twenty days of the ruling on the offenses pursuant to Rule 408.

   2) If the juvenile is not in detention, the court shall make its finding within sixty days of the ruling on the offenses pursuant to Rule 408.

C. **Extending Time by Agreement.** The time restrictions under paragraphs (B)(1) and (B)(2) may be extended if there is an agreement by both parties.

## Comment

Under paragraph (A), absent evidence to the contrary, evidence of the commission of acts that constitute a felony is sufficient to sustain a finding that the juvenile is in need of treatment, supervision, or rehabilitation.  *See* 42 Pa.C.S. § 6341(b).

If the court determines that the juvenile is not in need of treatment, supervision, or rehabilitation and the court enters an order **[terminating jurisdiction] dismissing the petition**, the victim, if not present, shall be notified of the final outcome of the proceeding.  *See* Victim's Bill of Rights, 18 P.S. § 11.201 *et seq.*

This rule addresses adjudicating the juvenile delinquent or **[releasing the juvenile from the court's jurisdiction] dismissing the petition**.  This determination is different from finding the juvenile committed a delinquent act under Rule 408.

Pursuant to 42 Pa.C.S. § 6308(c)(3), all fingerprints and photographic records are to be destroyed upon order of the court if the juvenile is not adjudicated delinquent.

Pursuant to paragraph (A)(1)(b), the court is to specify which items are to be expunged and which items are to be destroyed.  *See* Rule 172(A)(2) and its Comment.

Pursuant to paragraph (A)(2)(b)(ii), a case reference number is to be included to help track this case.  See Comment to Rule 170 for further description of a case reference number.

A report on the disposition is to be sent to the Juvenile Court Judges' Commission.  *See* 42 Pa.C.S. § 6309(d).

For dispositional hearing procedures, see Chapter Five.

**Official Note:**  Rule 409 adopted April 1, 2005, effective October 1, 2005.  Amended December 24, 2009, effective immediately.  Amended May 26, 2011, effective July 1, 2011.  Amended July 28, 2014, effective September 29, 2014.  **Amended April 23, 2018, effective July 1, 2018.**

*Committee Explanatory Reports:*

Final Report explaining the provisions of Rule 409 published with the Court's Order at 35 Pa.B. 2214 (April 16, 2005).  Final Report explaining the amendments to Rule 409 published with the Court's Order at 40 Pa.B. 222 (January 9, 2010).  Final

Report explaining the amendments to Rule 409 published with the Court's Order at 41 Pa.B. 3180 (June 25, 2011).  Final Report explaining the amendments to Rule 409 published with **the** Court's Order at 44 Pa.B. 5447 (August 16, 2014).  **Final Report explaining the amendments to Rule 409 published with the Court's Order at ___ Pa.B. ___ (___, 2018).**